VAN DAMM & GRIFENHAGEN, INC., v. MAX J. KLEIN.— Application denied, with ten dollars costs. Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.

JAMES F. MURPHY v. STRATTON-BLISS Co., INC.— Application denied, with ten dollars costs. Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.

ESAU SALLAH and Others v. NIPPON YUSEN (KABUSHIKI ) KAISHA and Others.— Application denied, with ten dollars costs. Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.

MAXWELL N. ANDALMAN v. JACK LIPSHUTZ, Impleaded, etc.— Application denied, with ten dollars costs. Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.

WILLIAM COSTELLO v. PENNSYLVANIA RAILROAD COMPANY.— Application denied, with ten dollars costs. Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.

INTERNATIONAL PRODUCTS COMPANY v. ERIE RAILROAD COMPANY.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

In the Matter of EUGENE J. FLOOD, Deceased.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

JOHN F. HARRIMAN, etc., v. EDWARD J. KELLY.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

In the Matter of CHARLES H. BAECHLER, Deceased.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

JACOB WILNER v. JOSEPH BLESS, Treasurer of LOCAL No. 305 OF BAKERY AND CONFECTIONERY WORKERS INTERNATIONAL UNION.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

WILLIAM ROLLAND v. BORES THOMASHEFSKY and Others, Impleaded.— Motion denied, with ten dollars costs, and stay vacated. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

J. J. LITTLE & IVES COMPANY v. ACCEPTANCE CORPORATION.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

B. & B. TRUCKING, INC., v. HOME FIRE AND MARINE INSURANCE COMPANY OF CALIFORNIA.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

MARY CLARKE v. HIRAM L. PHELPS and Others.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

ARCHIBALD & LEWIS COMPANY v. BANQUE INTERNATIONALE DE COMMERCE.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.

JOSEPH SUMMA v. WILLIAM MASTERSON and Others.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.